STATE OF SOUTH CAROLINA ) IN THE COURT OF COMMON PLEAS
) 
COUNTY OF ORANGEBURG ) Case No.: 2017-CP-38-01384
)
David Inabinet, )
)
    Plaintiff, )
) **SUMMONS**
vs. ) **(Jury Trial Demanded)**
)
Erin Thomas, )
)
    Defendants. )
)

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, of which a copy is herewith served upon you, and to serve a copy of your answer to the said Complaint on the subscribers at their offices located at 250 Gibson Street, Orangeburg, SC 29115, within thirty (30) days after the service hereof, exclusive of the date of such service; and if you fail to answer the Complaint within the aforesaid time, the Plaintiff in this action will apply to the Court for the relief demanded in this Complaint, and a judgment by default will be rendered against you for the relief demanded in this Complaint.

LANIER & BURROUGHS, LLC

Shane M. Burroughs, Esquire
David C. Marshall, Esquire
250 Gibson Street (29115)
Post Office Drawer 2789
Orangeburg, SC 29116
(803) 268-9800

**ATTORNEYS FOR PLAINTIFF**

October 20, 2017
Orangeburg, South Carolina



| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF ORANGEBURG ) | Case No.: 2017-CP-38-01386 |
| David Inabinet, ) | |
| Plaintiff, ) | |
| vs. ) | **COMPLAINT** |
| ) | *(Jury Trial Demanded)* |
| Erin Thomas, ) | |
| Defendants. ) | |

COMES NOW the Plaintiff, complaining of the Defendant, would allege and state as follows:

1. That the Plaintiff is a citizen and resident of Orangeburg County, South Carolina.

2. Upon information and belief, Defendant Erin Thomas, is a citizen and resident of Jacksonville, Florida.

3. The most substantial part of the acts and/or omissions giving rise to the causes of action stated herein occurred in Orangeburg County, South Carolina.

4. Moreover, the loss occurred in Orangeburg County making venue proper in Orangeburg County pursuant to S.C. Code Ann. §15-7-70.

5. That on or about September 19, 2017, Plaintiff was operating his moped down North Road, in Orangeburg County, State of South Carolina; Defendant Thomas suddenly and without warning improperly merged into the Plaintiff's lane of travel causing the Plaintiff to lose control of his moped and crash.

6. That as a result of the accident, Plaintiff suffered serious, permanent and debilitating injury, pain and suffering, all of which required medical treatment.

**For a First Cause of Action (Negligence)**

7.  That the Plaintiff re-alleges and reiterates the allegations set forth in Paragraphs 1 through 7, as if set out verbatim herein.

8.  That Defendant Thomas was negligent, careless, reckless, grossly negligent, willful and wanton at the time and place above mentioned in the following particulars, to wit:

   a) In improperly switching lanes;

   b) In operating the vehicle in an unlawful and reckless manner;

   c) In failing to keep a proper lookout;

   d) In failing to obey the traffic laws;

   e) In failing to apply breaks, if she had any

   f) In failing to maintain proper attention;

   g) In operating her vehicle in utter disregard for the safety of others;

   h) In failing to properly observe the road and traffic conditions;

   i) In failing to exercise the degree of care that a reasonable prudent person would have exercised under the same or similar circumstances; and

   j) In such other and further particulars that the evidence in trial may show;

9.  All of which combined and concurred as a direct and proximate cause of the injuries and damages sustained by Plaintiff herein, said acts being in violation of the statutes and laws of the State of South Carolina.

10. That as a direct and proximate cause of the aforementioned negligence, of Defendant Thomas, the Plaintiff was injured in the following particulars; he was caused to suffer personal injuries, he has been forced to incur doctor and medical bills, he has been forced much mental anguish and physical pain, he has been caused to lose enjoyment of life and that his injuries are serious in nature and pursuant to Section 19-1-150 of the Code of Laws of the State of South Carolina, he will continue to incur damages into the future all to the Plaintiff's damages in an amount to be determined by the trier of fact.

**WHEREFORE**, the Plaintiff prays for judgment against the Defendants for actual damages and for punitive damages as may be determined by the trier of fact, the cost of this action, and for such other and further relief as this Court may deem just and proper.

LANIER & BURROUGHS, LLC

_____
Shane M. Burroughs, Esquire
David C. Marshall, Esquire
250 Gibson Street (29115)
Post Office Drawer 2789
Orangeburg, SC 29116
Phone: (803) 268-9800
Facsimile: (803) 531-3465

October 20, 2017
Orangeburg, South Carolina

**ATTORNEYS FOR PLAINTIFF**